IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-cr-00292-FJG-1 |
| | ) | |
| RODNEY J. TATUM, JR., | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E. Larsen (Doc. #19 filed on October 30, 2014), to which no objection has been filed, the plea of guilty to Count 1 of the Information which was filed on October 27, 2014, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                          */s/ Fernando J. Gaitan, Jr.*
                                                          Fernando J. Gaitan, Jr.
                                                          United States District Judge

Dated: November 17, 2014
Kansas City, Missouri